THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN THOMASSINI, Appellant. [937 NYS2d 664]

Counsel for appellant is referred to Rules of the Appellate Division, First Department (22 NYCRR) § 606.5. Concur—Saxe, J.P., Sweeny, Moskowitz, Manzanet-Daniels and Román, JJ.